

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00519-CV

———————————————

IN THE INTEREST OF G.E. AND I. E., CHILDREN

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 23-10814-467

Before Bassel, Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 20, 2024, and December 6, 2024, we notified Appellants, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless Appellants paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 2, 2025

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).